UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RONALD E. WALTERS,

    Petitioner,

vs.

A. HEDGEPETH, Warden,

    Respondent.

No. C 09-1526 PJH (PR)

**ORDER DENYING PETITIONER'S MOTIONS FOR DEFAULT AND EXTENDING TIME TO ANSWER**

    This is a habeas case filed pro se by a state prisoner. An order to show cause was issued on April 17, 2009. On December 18, 2009, respondent moved for an extension of time to answer, saying that a previous Deputy Attorney General had failed to calendar the date for answer, and that the oversight had just been discovered.

    Petitioner has moved for the writ to be granted because of respondent's failure to file a timely answer, and has also filed a motion for entry of default, essentially the same thing. Granting a default judgment in a habeas case is generally not appropriate. *Cristobal v. Siegel*, 26 F.3d 1488, 1494-95 & n.4 (9th Cir. 1994) (district court may not grant summary judgment solely because no opposition filed); *Bleitner v. Welborn*, 15 F.3d 652, 653 (7th Cir. 1994) (default judgment disfavored in habeas corpus cases). The motions (documents 4 and 10 on the docket) are **DENIED**.

    Respondent's motion for an extension of time to file an answer (document 9) is **GRANTED**. The time to file an answer is **EXTENDED** to January 19, 2010.

    IT IS SO ORDERED.

Dated: 1/19/10

PHYLLIS J. HAMILTON
United States District Judge

G:\PRO-SE\PJH\HC.09\WALTERS1526.EXT-R.wpd